

# KACHROO LEGAL SERVICES, P.C.

Dr. Gaytri D. Kachroo
Kachroo Legal Services, P.C.
225R Concord Avenue
Cambridge, MA 02138

Telephone (857) 829-3041
Facsimile (617) 864-1125
gkachroo@kachroolegal.com

U.S. Court of Appeals for the 11th Circuit
Clerk of Court
56 Forsyth St., N.W.
Atlanta, Georgia 30303

September 16, 2014

Re:   Carlos Zelaya et al. v. United States of America
      Appeals Case No. 13-14780-E

Dear Clerk of Court:

We represent the Plaintiffs-Appellants in the above matter. We hereby request a CD recording of the oral argument that took place in this case on Wednesday September 10, 2014.

To that end, please find enclosed a check for $30.00.

Very truly yours,

*kLS*

**Kachroo Legal Services, P.C.**

# U. S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
Atlanta, Georgia

RECEIVED FROM Kachroo Legal Services
219 Concord Ave.
Cambridge, MA 02138

| | ACCOUNT | AMOUNT |
|---|---|---|
| **GENERAL AND SPECIAL FUND** | | |
| 0869PL PLRA Filing Fees | 0869PL | |
| 086400 Docketing Fees | 086400 | |
| 086900 Docketing Fees | 086900 | |
| 322340 Sale of Publications & Opinions | 322340 | |
| 322350 Copy Fees | 322350 | 15.00 |
| 322360 Miscellaneous (include certification fee) | 322360 | |
| 6855AP Attorney Admission Fee | 6855AP | |
| 510000 Fees for Judicial Services | 510000 | 15.00 |
| 5114CR Judiciary Information Technology Fund | 5114CR | |
| | | |
| ☑ Mail    Oral Argument | **TOTAL** | 30.00 |
| ☐ Rail | Case Number or Other Reference 13-14780-E | |

All checks, money orders, drafts, etc. are accepted subject to collection. Full credit will not be given until the negotiable instrument has been accepted by the financial institution on which it was drawn.     # 1502

Date 9/22/2014     Cash ☐ Check ☑ M.O. ☐     DEPUTY CLERK Tina Patterson